**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TONY A. SAYGER**                                                **PLAINTIFF**

**v.**                        **CASE NO. 4:11CV00333 BSM**

**RICELAND FOODS, INC.**                               **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on August 2, 2012, following three days of trial, in favor of plaintiff Tony A. Sayger and against defendant Riceland Foods, Inc.;

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Tony A. Sayger have and recover from defendant Riceland Foods, Inc., damages in the amount of Sixty-Thousand Six-Hundred and Eight ($60,608) Dollars.

IT IS SO ORDERED this 6th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE